UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PATRICK BLAKE, individually and on behalf of all others similarly situated** | § § § | |
| | § | Docket No. 2:14-CV-00120 |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § | COLLECTIVE ACTION |
| | § | PURSUANT TO 29 U.S.C. § 216(b) |
| **ARCHER DRILLING, LLC** | § § | |
| Defendant. | § | |

## ORDER APPROVING SETTLEMENT

Before the Court is Plaintiff's Unopposed Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit against Archer Drilling, LLC. The Court has reviewed the terms of the settlement, the pleadings in this case, and the issues presented therein and hereby Order that this settlement is approved and the claims of Plaintiff and the Class Members asserted in this case are dismissed.

IT IS HEREBY ORDERED ON _____, 2015.

_____
UNITED STATES DISTRICT JUDGE